# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**LARRY AKINS**                                                                              **PLAINTIFF**

v.                       **Case No. 4:14-cv-00208-KGB**

**LM WIND POWER BLADES (ARKANSAS) INC.**                      **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to dismiss plaintiff's complaint with prejudice (Dkt. No. 12). The Court grants the motion, dismisses plaintiff's complaint with prejudice as to all claims, and retains jurisdiction over the terms of the settlement agreement for 60 days.

SO ORDERED this 12th day of December, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE